AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**ELIJAH ADAMS a/k/a "Fat Boy"**<br>*Defendant* | Case No. 24-MJ- 4010 |

### CRIMINAL COMPLAINT

I, **SEAN KRUMHOLZ**, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On January 12, 2024, in the County of Monroe, in the Western District of New York, the defendant committed offenses described as follows:

did knowingly and unlawfully possess with intent to distribute cocaine and fentanyl, in violation of Title 21, United States Code, Section 841(a)(1); did knowingly and unlawfully possess a firearm as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1); and did knowingly and unlawfully possess firearms in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT SEAN KRUMHOLZ.

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

S/A SEAN KRUMHOLZ, ATF
*Printed name and title*

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 4(d) on:

Date: January 17, 2024

City and State: Rochester, New York

Marian W. Payson
*Judge's signature*

HONORABLE MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ELIJAH ADAMS a/k/a "Fat Boy",

Defendant.

24-MJ-4010

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**I, SEAN KRUMHOLZ, affirm to the following facts:**

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, & Explosives (hereinafter designated as ATF), and am assigned to the Rochester, New York Field Office. Accordingly, I am the kind of Special Agent as delineated in Title 18, United States Code, Section 3051. Your affiant is a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program and the ATF National Academy Special Agent Basic Training, both located in Glynco, Georgia. Your affiant has been employed as an ATF Special Agent since June 2018. Previously, your affiant was employed by the Pentagon Force Protection Agency for approximately nine years. Your affiant earned a Bachelor of Arts Degree in Sociology with a concentration in Criminal Justice from Saint Francis University in 2007. As part of my professional training, I have received extensive training on the identification and characteristics of firearms, as well as training in the characteristics and field-testing processes for narcotics. I have participated in executing federal search and seizure warrants and have assisted in seizing contraband, including firearms, and illegal narcotics.

2. This affidavit is submitted in support of a Criminal Complaint charging ELIJAH ADAMS with violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute cocaine and fentanyl), and Title 18, United States Code, Sections 922(g)(1) (felon in possession of firearms) and 924(c)(1)(A) (possession of firearms in furtherance of a drug trafficking crime).

3. As more fully described below, the facts in this affidavit are based on a combination of my personal participation in this investigation, review of police reports filed in connection with this investigation, conversations with other law enforcement officers involved in this investigation, and my review of conversations that have been intercepted pursuant to court-authorized wire surveillance. The conclusions drawn in this affidavit are based on my training and experience, as well as on the advice of other experienced federal, state, and local narcotics investigators. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact that I know concerning this investigation. Rather, I have set forth only those facts that relate to the issue of whether probable cause exists to believe that the above-named defendants committed the above-mentioned offenses. In support thereof, I respectfully state the following.

## BACKGROUND

4. A long-term investigation by the Rochester Police Department, ATF and other law enforcement agencies has revealed that ADAMS is a mid-level narcotics distributor who lives at 656 Jefferson Avenue, Rochester, New York and operates a drug sale location at 423 Murray Street, Rochester, New York.

2

### FELONY CONVICTIONS OF ELIJAH ADAMS

5. Elijah ADAMS (hereinafter ADAMS) is a 35 year-old, heavy-set male black with three prior felony convictions. On March 13, 2009, in Monroe County Court, Rochester, New York, ADAMS was convicted of Attempted Assault in the Second Degree, a class E violent felony, for which he was sentenced to 6 months incarceration and 5 years probation. On February 4, 2011, in Monroe County Court, Rochester, New York, ADAMS was convicted of the following felonies which stemmed from separate arrests:

- Criminal Possession of a Controlled Substance in the Third Degree (Intent to Sell), a class B felony, for which he was sentenced to 6 years imprisonment, and
- Criminal Possession of a Weapon in the Second Degree, a class C violent felony, for which he was sentenced to 10 years imprisonment concurrent.

### SEARCH WARRANT AT ADAMS'S RESIDENCE AND DRUG HOUSE

6. On **January 12, 2024**, at approximately **9:36 AM**, RPD executed state search warrants at 423 Murray Street, the drug distribution house run by ADAMS as well as ADAMS' residence at 656 Jefferson Avenue. These warrants were based, in part, on confidential informant controlled purchases of cocaine made from ADAMS's drug house at 423 Murray Street. ADAMS was located alone inside 423 Murray Street at the time of the search warrants.

7. At the drug house at 423 Murray Street, officers located multiple digital scales, a bag containing crack cocaine and loose baggies, 2 glass beakers, a mixing spoon, and a sifter, a red case containing 5 bags of cocaine and 50 bags of fentanyl, 11 bags containing crack

3

cocaine, a bag containing empty yellow vials, empty plastic bags and paper envelopes, 2 plates, sifter, grinder, card, spoon, $1,554.00. A total of 50.05 grams (pre-lab weight) of cocaine and 7.96 grams (pre-lab weight) of fentanyl were recovered.

8. At ADAMS's residence at 656 Jefferson Avenue, officers located $4,607.00, 5 knotted sandwich bag corners, 50 yellow vials of crack cocaine, a plate with a razor blade and white residue, one (1) Taurus G2C, 9mm pistol, bearing serial number ACK344836, containing 9mm ammunition, one (1) Remington 700 Bolt Action Rifle bearing serial number 115414, a blue digital scale, new and unused ziplock bags, a box of baking soda, paperwork in the name of ADAMS in the bedroom, 21 suboxone strips, new and unused yellow vials, and a Dutch Masters box containing additional paperwork in the name of ADAMS in the kitchen.

9. ADAMS was taken to the Public Safety Building where, after being advised of and waiving his Miranda rights, he was interviewed by RPD Investigators Minurka and Marsherall. During the interview, in sum and substance, ADAMS admitted that the drugs in Murray Street and the guns at Jefferson Avenue belonged to him, that he sells cocaine and fentanyl to make some side money, and that he had the guns for protection.

### INTERSTATE NEXUS OF SEIZED FIREARMS

10. In connection with this investigation, ATF Special Agent Ryan Szwejbka, an expert who has testified in federal court regarding the origin of manufacture for firearms and ammunition, was provided a description of the firearms seized from ADAMS's residence on January 12, 2024. Based on that description, Special Agent Szwejbka determined that neither

the Taurus G2C, 9mm pistol, bearing serial number ACK344836 nor the Remington 700 Bolt Action Rifle bearing serial number 115414 was manufactured in the State of New York. Therefore, the firearms traveled in interstate commerce prior to their recovery in New York.

## CONCLUSION

11.     Based on the above information, your affiant submits that probable cause exists to believe that ELIJAH ADAMS has committed violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute cocaine and fentanyl), and Title 18, United States Code, Sections 922(g)(1) (felon in possession of firearms) and 924(c)(1)(A) (possession of firearms in furtherance of drug trafficking crimes).

_____
SEAN KRUMHOLZ
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:
January  17 , 2024.

_Marian W. Payson_
HONORABLE MARIAN W. PAYSON
United States Magistrate Judge

5