# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

_____

**April 2024 GRAND JURY**
**(Impaneled April 30, 2024)**

**THE UNITED STATES OF AMERICA**

**-vs-**

**ELIJAH W. ADAMS**

**INDICTMENT**

**Violations:**
21 U.SC. § 841(a)(1)
18 U.S.C. §§ 924(c)(1)(A)(i) and 922(g)(1)

(5 Count and 2 Forfeiture Allegations)

## COUNT 1

**(Possession of 10 grams or more of Para-Flourofentanyl with Intent to Distribute)**

**The Grand Jury Charges That:**

On or about January 12, 2024, in the Western District of New York, the defendant, **ELIJAH W. ADAMS**, did knowingly and intentionally possess with intent to distribute 10 grams or more of a mixture and substance containing para-fluorofentanyl, a Schedule I controlled substance and analogue of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide (fentanyl).

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).**

## COUNT 2

**(Possession of Fentanyl with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about January 12, 2024, in the Western District of New York, the defendant, **ELIJAH W. ADAMS**, did knowingly and intentionally possess with intent to distribute

fentanyl, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 3

**(Possession of Cocaine with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about January 12, 2024, in the Western District of New York, the defendant, **ELIJAH W. ADAMS**, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 4

**(Possession of a Firearm in Furtherance of Drug Trafficking Crimes)**

**The Grand Jury Further Charges That:**

On or about January 12, 2024, in the Western District of New York, the defendant, **ELIJAH W. ADAMS**, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, violations of Title 21, United States Code, Section 841(a)(1), as set forth in Counts 1, 2 and 3 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly possess a firearm.

**All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).**

## COUNT 5

**(Felon in Possession of Firearms and Ammunition)**

**The Grand Jury Further Charges That:**

On or about January 12, 2024, in the Western District of New York, the defendant,

**ELIJAH W. ADAMS**, knowing that he had been convicted on or about March 13, 2009, and on or about February 24, 2011, in County Court, Monroe County, New York, of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, namely, one (1) 9mm Luger (9x19mm) caliber, Taurus G2C, semiautomatic pistol bearing serial number ACK344836, and one (1) Remington Model 700 222 Rem Bolt Action Rifle, bearing serial number 115414, and ammunition, namely, eleven (11) unfired 9mm Luger (9x19mm) caliber cartridges (7-Hornady, 1-Winchester, 1-Blazer, 1-S&B, 1-GFL).

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).**

### FIRST FORFEITURE ALLEGATION

**The Grand Jury Alleges That:**

Upon conviction of any and all Counts of this Indictment, the defendant, **ELIJAH W. ADAMS**, shall forfeit to the United States, all his right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and/or any and all property used, and intended to be used, in any manner or part, to commit or to facilitate the commission of said violations, including but not limited to the following:

**CURRENCY:**

a. The approximate sum of four thousand six hundred seven dollars and zero cents ($4,607.00) in United States currency seized from 656 Jefferson Avenue, Rochester, New York, on or about January 12, 2024; and

b. The approximate sum of one thousand five hundred fifty-four dollars and zero cents ($1,554.00) in United States currency seized from 423 Murray Street, Rochester, New York on or about January 12, 2024.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence,

(b) has been transferred or sold to, or deposited with, a third person,

(c) has been placed beyond the jurisdiction of the Court,

(d) has been substantially diminished in value, or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2) and 853(p)**.

## SECOND FORFEITURE ALLEGATION

### The Grand Jury Further Alleges That:

Upon conviction of any and all Counts of this Indictment, the defendant, **ELIJAH W. ADAMS**, shall forfeit to the United States, all of his right, title, and interest in any firearms and ammunition involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant at the time of arrest, including, but not limited to the following, seized from 656 Jefferson Avenue, Rochester, New York, on or about January 12, 2024:

**FIREARMS AND AMMUNITION:**

a. one (1) 9mm Luger (9x19mm) caliber, Taurus G2C, semiautomatic pistol bearing serial number ACK344836;

b. one (1) Remington Model 700 222 Rem Bolt Action Rifle, bearing serial number 115414; and

4

    c.    eleven (11) unfired 9mm Luger (9x19mm) caliber cartridges (7-Hornady, 1 Winchester, 1-Blazer, 1-S&B, 1-GFL).

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED:   Rochester, New York, December 19, 2024.

                        TRINI E. ROSS
                        United States Attorney

BY:   *s/Robert A. Marangola*
        ROBERT A. MARANGOLA
        Assistant U.S. Attorney
        United States Attorney's Office
        Western District of New York
        100 State Street, Suite 500
        Rochester, New York 14614
        (585) 399-3980
        Robert.Marangola@usdoj.gov

A TRUE BILL:

*s/Foreperson*
FOREPERSON